**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SAMANTHA LEE,

                Plaintiff,                22 **CIVIL** 320 (SDA)

-v-                                  **<u>JUDGMENT</u>**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Consent Order dated September 15, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings and a new decision.

**Dated:** New York, New York
         September 15, 2022

                                                      **RUBY J. KRAJICK**

                                                      _____
                                                      **Clerk of Court**

                 **BY:**          K. Mango

                                                      _____
                                                      **Deputy Clerk**